No. 81–938. GRAY, TREASURER OF HARRIS COUNTY, TEXAS (KRIEGEL, SUCCESSOR IN OFFICE) *v.* VAN OOTEGHEM. C. A. 5th Cir. Certiorari denied.

No. 81–941. D. W. BROWNING CONTRACTING CO. ET AL. *v.* NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–943. PRIME MOVERS, INC., ET AL. *v.* KENTUCKY BOARD OF ELECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–965. GUTTER *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C. A. 6th Cir. Certiorari denied.

No. 81–967. MARGOLES *v.* JOHNS ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–968. WITCO CHEMICAL CORP. ET AL. *v.* COTTEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–975. CHENG *v.* GAF CORP. C. A. 2d Cir. Certiorari denied.

No. 81–977. SCHNEIDER TRANSPORT, INC. *v.* CATTANACH, SECRETARY, WISCONSIN DEPARTMENT OF TRANSPORTATION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–1006. VIBRANT SALES, INC. *v.* NEW BODY BOUTIQUE, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–1083. SARCINELLI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.